# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| TONY L. SAYLOR, | : | |
| Plaintiff | : | |
| vs. | : | |
| Sgt. JONES, | : | NO. 7:08-CV-136 (HL) |
| Defendant | : | **O R D E R** |

Plaintiff **TONY L. SAYLOR** filed this *pro se* civil rights complaint under 42 U.S.C. § 1983 on October 22, 2008. In an order dated October 23, 2008, this Court instructed plaintiff to submit either a motion to proceed IFP or the $350.00 filing fee. Although plaintiff partially complied with the Court's order by submitting an IFP affidavit, he failed to provided the required certified copy of his trust fund account statement. The Court issue an additional order on November 7th, directing plaintiff to provide a certified copy of his trust fund account statement for the last six months.[1] Plaintiff was expressly informed that if he failed to comply with the Court's directive, his case would be dismissed. To date, plaintiff has failed to respond to this Court's November 7th order.

Based on the foregoing, it is hereby **ORDERED** that plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 3rd day of December, 2008.

*s/   Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr

---

[1] As noted in this Court's November 7th order, the "Account Certification" included with plaintiff's IFP affidavit appeared to be suspicious.